UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JEROME M. HAILEY,

     Plaintiff,

                                   Case No. 1:17-cv-1067

v.

                                   HON. JANET T. NEFF

HEIDI WASHINGTON, et al.,

     Defendants.

_____/

## ORDER REFERRING CASE FOR APPOINTMENT OF PRO BONO COUNSEL

In contemplation of trial proceedings:

**IT IS HEREBY ORDERED** that this matter is referred to Magistrate Judge Ray Kent solely for the purpose of appointment of counsel and related procedural matters pursuant to the *Pro Bono* Plan of the United States District Court for the Western District of Michigan. *See* W.D. Mich. Admin. Order Nos. 07-003 and 07-016.

**IT IS FURTHER ORDERED** that all proceedings in this matter are stayed pending the appointment of counsel. Following the appointment of counsel, a conference will be held to determine future case scheduling.

**IT IS SO ORDERED**.

Dated: September 2, 2020

                                    /s/ Janet T. Neff
                                 JANET T. NEFF
                                 United States District Judge